**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 00-7352**

_____

LARRY WAYNE BOGGS,

                                    Petitioner - Appellant,

        versus

NORTH CAROLINA ATTORNEY GENERAL; DANNY HUGHES,
Superintendent, Alamance Correctional Center,

                                    Respondents - Appellees.

_____

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CA-99-379-1)

_____

Submitted:  February 8, 2001          Decided:  February 14, 2001

_____

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Larry Wayne Boggs, Appellant Pro Se.  Clarence Joe DelForge, III, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry Wayne Boggs appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  Boggs v. North Carolina Attorney General, No. CA-99-379-1 (M.D.N.C. Sept. 1, 2000); Vick v. Williams, 233 F.3d 213 (4th Cir. 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED